# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIA WILSON,<br><br>                                              Plaintiff,<br>     vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>                                              Defendant. | CASE NO. 07cv926-BEN (WMc)<br><br>ORDER SETTING TELEPHONIC SETTLEMENT DISPOSITION CONFERENCE |

On August 23, 2007, the Court was advised that the above captioned case had settled. Therefore, the Early Neutral Evaluation Conference scheduled for August 23, 2007, at 4:30 p.m. was taken off calendar. A **telephonic** Settlement Disposition Conference will be held *September 19, 2007*, at *9:15 a.m.* in the chambers of Magistrate Judge William McCurine, Jr. unless a joint motion for dismissal of this case is filed and **a copy of the motion is provided to the chambers of Magistrate Judge McCurine, Jr. prior to that time**. *Counsel for plaintiff is instructed to initiate the call by first telephoning opposing counsel and then telephoning the Court at 619-557-6624.*

   IT IS SO ORDERED.

DATED: August 23, 2007

                                                                          _____
                                                                          Hon. William McCurine, Jr.
                                                                          U.S. Magistrate Judge
                                                                          United States District Court

1  cc: Honorable Roger Benitez
      U.S. District Judge
2
   All Counsel and Parties of Record
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28