# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIA WILSON,<br><br>                              Plaintiff,<br>  vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>                             Defendant. | CASE NO. 07cv926-BEN (WMc)<br><br>ORDER SETTING TELEPHONIC SETTLEMENT DISPOSITION CONFERENCE |

     A telephonic Settlement Conference was held in the above captioned matter on September 19, 2007.  Neither Robert Hyde, Esq.(counsel for plaintiff)  nor Debbie Kirkpatrick, Esq.(counsel for defendant) appeared.

     This Court's Order dated August 23, 2007, stated that:

     A **telephonic Settlement Disposition Conference** will be held *September 19, 2007*, at *9:15 a.m.* in the chambers of Magistrate Judge William McCurine, Jr.

     No dismissal has been filed in this case and neither plaintiff's counsel nor defendant's counsel contacted chambers regarding an inability to attend the scheduled settlement conference.  Thus, **IT IS HEREBY ORDERED** that plaintiff's counsel, Robert Hyde, Esq. and defendant's counsel Debbie Kirkpatrick, Esq. show cause why they failed to appear at the September 19 2007, conference and why sanctions should not be imposed.  The hearing will be held by telephone on September 26, 2007, at 2:00 p.m.  **Attorney Robert Hyde is to initiate the call by first calling Defendant's counsel and then calling the Court at (619)-557-6624**.

1   **IT IS FURTHER ORDERED** that on or before **September 25, 2007**, plaintiff's counsel
2   Robert Hyde, Esq, and defendant's counsel Debbie Kirkpatrick, Esq. are to lodge a meaningful
3   written response explaining plaintiff's failure to appear.
4         **IT IS SO ORDERED.**
5   **DATED: September 20, 2007**

7   **Hon. William McCurine, Jr.**
    **U.S. Magistrate Judge**
8   **United States District Court**

10
11  cc: Honorable Roger Benitez,
        U.S. District Judge
12  All Counsel and Parties of Record